RACHEL E. K. LOWE (State Bar No. 246361)
JONATHAN J. KIM (State Bar No. 312145)
**ALSTON & BIRD LLP**
350 South Grand Avenue, 51st Floor
Los Angeles, CA 90071-1410
Telephone:  213-576-1000
Facsimile:   213-576-1100
rachel.lowe@alston.com
jonathan.kim@alston.com

Attorneys for Defendants
**YARDI SYSTEMS, LLC (erroneously sued as
YARDI SYSTEMS, INC.) and
RENTCAFE, LLC**

(Additional Counsel Listed on Next Page)

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHANESS MOSLEY, WILLIAM FOXX, and KAREN PICARDI, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>YARDI SYSTEMS, INC., and RENTCAFE, LLC,<br><br>Defendants. | Case No. 2:26-cv-03318-WLH-BFM<br><br>(Santa Barbara Superior Court Case No. 26CV00952)<br><br>**DECLARATION OF RACHEL E. K. LOWE IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS**<br><br>DATE:          June 26, 2026<br>TIME:          1:30 p.m.<br>PLACE:        Courtroom 9B<br>                    350 West First Street<br>                    Los Angeles, CA 90071<br><br>(Concurrently filed with Notice of Motion and Motion and Dismiss; Declaration of Alexa Bermudez; Request for Judicial Notice; and [Proposed] Order)<br><br>Filing Date:      February 9, 2026<br>Removal Date:  March 27, 2026 |

DECLARATION OF RACHEL E. K. LOWE

E. SCOTT SCHIRICK
(*Admitted Pro Hac Vice*)
ALSTON & BIRD LLP
90 Park Avenue, 15th Floor
New York, NY 10016
Telephone: 212-210-9400
Facsimile: 212-210-9444
Scott.schirick@alston.com

DAVID B. CARPENTER
(*Admitted Pro Hac Vice*)
**ALSTON & BIRD LLP**
1201 West Peachtree Street, Suite 4900
Atlanta, GA 30309-3424
Telephone:   404-881-7000
Facsimile:   404-881-7777
David.carpenter@alston.com

Attorneys for Defendants
**YARDI SYSTEMS, LLC and
RENTCAFE, LLC**

## DECLARATION OF RACHEL E.K. LOWE

I, Rachel E. K. Lowe, declare as follows:

1.    I am an attorney duly licensed to practice law before all courts of the state of California and am a partner at Alston & Bird LLP, attorneys of record for Yardi Systems, LLC and RentCafe, LLC (collectively, "Defendants").  I make this Declaration in support of Defendants' Motion to Dismiss Plaintiffs' Class Action Complaint.  I have personal knowledge of the facts stated in this Declaration, and, if called to testify as a witness, could and would testify competently to do so.

2.    In accordance with Local Rule 7-3, my office held a conference of counsel via videoconference on April 23, 2026 at 3:00 p.m.  My colleague, Jonathan Kim, participated on behalf of Defendants, and Ms. Sophia Gold and Ms. Melissa Weiner participated on behalf of Plaintiffs.  During the meet and confer, Mr. Kim indicated to Plaintiffs' counsel that Plaintiffs' claims against Defendants fail because of clear disclosures on the RentCafe Resident app, the alternative methods of payment offered to Plaintiffs, and the fact that each Plaintiff did pay by means other than credit on multiple occasions.  Mr. Kim also went through each claim in the Complaint and identified the deficiencies with each and why they must be dismissed.  Plaintiffs' counsel indicated that Plaintiffs would further consider the payment flow process and the payment ledgers for the named Plaintiffs, which may bear directly on the allegations in the Complaint.  Defendants nonetheless advised that, in light of the impending filing deadline, they would need to proceed with the motion to dismiss.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 1st of May, 2026 in Los Angeles, California.

/s/ Rachel E. K. Lowe
Rachel E. K. Lowe

## CERTIFICATE OF SERVICE

I hereby certify that on May 1, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notice of such filing to all attorneys of record.

DATED: May 1, 2026

By: _____ */s/ Rachel E. K. Lowe* _____
Rachel E. K. Lowe
Attorneys for Defendants Yardi Systems, LLC
and RentCafe, LLC

DECLARATION OF RACHEL E. K. LOWE