UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHANESS MOSLEY, WILLIAM FOXX, and KAREN PICARDI, on behalf of themselves and all others similarly situated,<br><br>               Plaintiffs,<br><br>      v.<br><br>YARDI SYSTEMS, INC., and RENTCAFE, LLC,<br><br>              Defendants. | Case No. 2:26-cv-03318-WLH-BFM<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' CLASS ACTION COMPLAINT** |

[PROPOSED] ORDER

**[PROPOSED] ORDER**

On May 1, 2026, Defendants Yardi Systems, LLC and RentCafe, LLC (collectively, "Defendants") filed their Motion to Dismiss the Class Action Complaint filed by Plaintiffs Phaness Mosley, William Foxx, and Karen Picardi (collectively, "Plaintiffs").

The Court, having considered Defendants' Motion to Dismiss, the pleadings and records on file in this action, and argument presented to the Court at the hearing on the Motion to Dismiss, hereby **GRANTS** the Motion and **ORDERS** as follows:

1.    Defendants' Motion is **GRANTED**.

2.    Plaintiffs' Complaint is dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: _____

_____
HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE