UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

PHANESS MOSLEY, an individual, WILLIAM FOXX, an individual, and KAREN PICARDI, an individual, on behalf of themselves and all others similarly situated;

Plaintiffs,

*v.*

YARDI SYSTEMS, INC., and RENTCAFE, LLC,

Defendants.

Case No. 2:26-cv-03318-WLH-PD

**ORDER GRANTING JOINT STIPULATION TO EXTEND DEADLINE TO PRODUCE PAYMENT SCREENS AND FOR PLAINTIFFS TO FILE SECOND AMENDED COMPLAINT [56]**

The Court is in receipt of the Joint Stipulation to Extend Deadline to (1) Produce Payment Screens; and (2) for Plaintiffs to File Second Amended Complaint ("Joint Stipulation") submitted by Plaintiffs Phaness Mosley, William Foxx, and Karen Picardi and Defendants Yardi Systems, LLC and RentCafe, LLC. The Court, having considered the Joint Stipulation and finding good cause, hereby **GRANTS** the Stipulation. The Court hereby **ORDERS** as follows:

1. The deadline for Defendants to produce payment screens to Plaintiffs is extended from September 25, 2026, to October 9, 2026.

2. The deadline for Plaintiffs to file their Second Amended Complaint is extended from October 16, 2026, to October 30, 2026.

**IT IS SO ORDERED.**

Dated: September 28, 2026

HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE