MELISSA S. WEINER (Admitted *Pro Hac Vice*)
mweiner@pwfirm.com
**PEARSON WARSHAW, LLP**
328 Barry Avenue S., Suite 200
Wayzata, Minnesota 55391
Telephone: (612) 389-0600
Facsimile: (612) 389-0610

*Attorneys for Plaintiffs and the Putative Class*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PHANESS MOSLEY, WILLIAM FOXX, and KAREN PICARDI, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>YARDI SYSTEMS, INC., and RENTCAFE, LLC,<br><br>Defendants. | Case No: 2:26-cv-03318-WLH-BFM<br><br>Hon. Wesley L. Hsu<br><br>**SECOND JOINT STIPULATION TO EXTEND TIME FOR PLAINTIFFS TO FILE SECOND AMENDED COMPLAINT BY TWO WEEKS** |

Plaintiffs Phaness Mosley, William Foxx, and Karen Picardi ("Plaintiffs") and Defendants Yardi Systems, LLC (erroneously sued as Yardi Systems, Inc.) and RentCafe, LLC ("Defendants") (together, the "Parties"), through their respective counsel of record, hereby stipulate and agree as follows:

WHEREAS, on September 11, 2026, the Court heard and granted Defendants' Motion to Dismiss Plaintiffs' First Amended Complaint with leave to amend, ordered

Defendants to produce the screenshots and/or mobile screen captures viewed by the three named Plaintiffs within two weeks, and ordered Plaintiffs to file an amended complaint within three weeks thereafter (Dkt. 49);

WHEREAS, on September 25, 2026, the Parties stipulated to extend Defendants' deadline to produce the payment screens from September 25, 2026, to October 9, 2026, and Plaintiffs' deadline to file their Second Amended Complaint from October 16, 2026, to October 30, 2026;

WHEREAS, on September 28, 2026, the Court granted that stipulation, and Plaintiffs' Second Amended Complaint is currently due on October 30, 2026 (Dkt. 57);

WHEREAS, after Defendants' production of documents on October 9, 2026, Plaintiffs raised several alleged deficiencies and discrepancies and the Parties are in the process of meeting and conferring regarding those deficiencies and discrepancies in the hopes of avoiding judicial intervention;

WHEREAS, the Parties filed their Joint Stipulation to Extend Time for Plaintiffs to File Second Amended Complaint by Two Weeks on October 27, 2026 (Dkt 58);

WHEREAS, the Parties need additional time to address and discrepancies in Defendant's document production in the hopes of avoiding judicial intervention;

WHEREAS, Plaintiffs therefore request that they have up to and including November 27, 2026, to file their Second Amended Complaint while they continue to work through the issues in the document production;

WHEREAS, good cause exists for the requested extension because it is modest, stipulated, and sought in good faith; it will permit Plaintiffs to prepare a complete amended pleading that addresses the issues identified by the Court; and it will not unduly delay these proceedings or prejudice any party;

WHEREAS, Defendants reserve all rights, defenses, and arguments with respect to any amended pleading;

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the Parties, subject to the Court's approval, that:

1. Plaintiffs' deadline to file their Second Amended Complaint is extended by two weeks, from November 13, 2026, to November 27, 2026; and

2. Defendants shall respond to the Second Amended Complaint in accordance with the Federal Rules of Civil Procedure.

**IT IS SO STIPULATED.**

Dated: November 13, 2026

Respectfully submitted,

**PEARSON WARSHAW, LLP**

By: */s/ Melissa S. Weiner*
Melissa S. Weiner

*Attorneys for Plaintiffs and the Putative Class*

Dated: November 13, 2026

E. SCOTT SCHIRICK, *Pro Hac Vice*
DAVID B. CARPENTER, *Pro Hac Vice*
RACHEL E. K. LOWE
JONATHAN J. KIM

**ALSTON & BIRD LLP**

By: */s/ Jonathan J. Kim*
Jonathan J. Kim

*Attorneys for Defendants Yardi Systems, LLC and RentCafe, LLC*

**SIGNATURE CERTIFICATION**

I hereby certify that the content of this document is acceptable to all signatories and that I have obtained their authorization to affix electronic signatures to this document.

Dated: November 13, 2026

*/s/ Melissa S. Weiner*
Melissa s. Weiner

*Attorneys for Plaintiffs and the Putative Class*